UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE EVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>　　　　　Defendant. | Case No. 12-cv-04919-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 47 |

The parties, through their counsel, have advised the Court that they have reached an agreement in principle to resolve this case and are in the process of drafting a settlement agreement, expecting that it will be fully executed within two weeks.

The Court ORDERS that this matter is DISMISSED WITH PREJUDICE and any hearings or case management conferences scheduled are VACATED. It is further ordered that if any party certifies to the Court, with proper notice to opposing counsel within 45 days from the date below, that settlement has not in fact occurred, this Order shall be vacated and the case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: September 13, 2013



WILLIAM H. ORRICK
United States District Judge