| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Andrew M. McNaught (SBN 209093) |
| 2 | amcnaught@seyfarth.com |
| | Michael A. Wahlander (SBN 260781) |
| 3 | mwahlander@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California  94105 |
| | Telephone:     (415) 397-2823 |
| 5 | Facsimile:      (415) 397-8549 |
| 6 | Attorneys for Defendant |
| | BAXTER HEALTHCARE CORPORATION |
| 7 | |
| | LAW OFFICES OF ANDREW H. LEE |
| 8 | Andrew H. Lee (SBN 257403) |
| | andrew@aleelegal.com |
| 9 | 2021 The Alameda, Suite 310 |
| | San Jose, CA  95126 |
| 10 | Telephone:     (408) 216-9898 |
| | Facsimile:      (408) 216-9451 |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | KATE EVANS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATE EVANS, | Case No.  4:12-CV-04919-WHO (KAW) |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| BAXTER HEALTHCARE CORPORATION, and DOES 1 through 50, inclusive, | |
| Defendant. | |

Having completed their respective obligations under a written settlement agreement, Plaintiff Kate Evans ("Plaintiff") and Defendant Baxter Healthcare Corporation ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. The above-captioned action shall be dismissed with prejudice; and
2. Each party shall bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

DATE: October 16, 2013

Respectfully submitted,

SEYFARTH SHAW LLP

By:  /s/  *Andrew M. McNaught*
Andrew M. McNaught
Michael A. Wahlander
Attorneys for Defendant
BAXTER HEALTHCARE CORPORATION

DATE: October 16, 2013

LAW OFFICES OF ANDREW H. LEE

By:  /s/  *Andrew H. Lee*
Andrew H. Lee
Attorneys for Plaintiff
KATE EVANS

**ORDER**

Pursuant to the stipulation of the parties, this action is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATE:  October 17, 2013

Hon. William H. Orrick
United States District Court Judge

16288309v.1

2

STIPULATION FOR DISMISSAL AND ORDER / CASE NO.  4:12-CV-04919-WHO